UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 16-10898-NMG

Ilir Lecaj

v.

Cavalry SPV I, LLC

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 11/2/2016, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

December 5, 2016

To: All Counsel